IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **DIRECTV, INC., a California Corporation,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 7:03-cv-125 (HL) |
| | : | |
| **JONATHAN KEAN,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Entry of Default and Default Judgment against Jonathan Kean [doc 9].  After consideration of the Motion, the Court hereby directs as follows.

1.  It appears to the Court that Jonathan Kean has failed to plead or defend in this case as provided by the Federal Rules of Civil Procedure.  Therefore, the Clerk is directed to enter the default of Jonathan Kean, consistent with the directives of Federal Rule of Civil Procedure 55(a).

2.  The Court declines to award DirectTV the minimum statutory damages award of $10,000, as authorized by 47 U.S.C.A. § 605(e)(3(C)(i) or 18 U.S.C.A. § 2520(c)(2)(B).  Rather, the Court is of the opinion that a hearing is necessary to determine the actual damages sustained by DirectTV, as well as the appropriateness of the other relief sought.  Accordingly, the Calendar Clerk is hereby directed to schedule a hearing on the Motion for Default Judgment.

**SO ORDERED**, this the 15th day of June, 2005.

                                           **s/ Hugh Lawson**
                                           **HUGH LAWSON, JUDGE**

mls