# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **DIRECTV, INC., a California Corporation,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 7:03-cv-125 (HL) |
| | : | |
| **JONATHAN KEAN,** | : | |
| | : | |
| Defendant. | : | |

_____

## **ORDER**

This matter is before the Court on Plaintiff DirectTV's Motion for Withdrawal of Motion for Entry of Default and Default Judgment against Jonathan Kean (Doc. 11) and Plaintiff's Motion for Entry of Default and Default Judgment against Jonathan Kean (Doc. 12). After consideration, the Court hereby directs as follows.

1. The Motion for Withdrawal of Motion for Entry of Default and Default Judgment against Jonathan Kean (Doc. 11) is granted, in part, and denied, in part. Insofar as the Motion seeks to withdraw the entry of default directed by the Court on June 15, 2005, the Motion is denied. The circumstances under which the default was granted have not changed, and Plaintiff, DirectTV, Inc., continues to seek entry of default, so there is no reason to vacate the entry of default only to enter it again. The Motion is granted insofar as it seeks to withdraw that portion of the Motion seeking an award of statutory damages upon entry of the default judgment.

2. The Motion for Entry of Default and Default Judgment against Jonathan Kean

(Doc. 12) is granted, in part. That portion of the Motion seeking entry of default is moot; default has already been entered. That portion of the Motion seeking default judgment is granted. DirectTV is entitled to costs in the amount of $159.41 and attorney fees in the amount of $486.50. DirectTV is also entitled to interest at a rate of 5.07% per annum, from the date of judgment until the judgment amount is paid.

It is further ordered that Defendant Jonathan Kean is permanently enjoined from committing or assisting in the commission of any violation of the Cable Communications Policy Act of 1984, as amended, 47 U.S.C. § 605, or committing or assisting in committing any violation of 18 U.S.C. § 2511.

Let judgment be entered accordingly.

**SO ORDERED**, this the 30th day of October, 2006.

                                          **s/   Hugh Lawson**
                                          **HUGH LAWSON, JUDGE**

mls